No. 93–9217.  CRANDALL v. BURTON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–9218.  BOYD v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 93–9221.  ECHENIQUE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–9222.  HUMISTON v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–9223.  GRAVES v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 93–9224.  SHURN v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

·No. 93–9225.  SLOAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9228.  DERRICK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–9230.  WEAVER v. SCHOOL BOARD OF LEON COUNTY. Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 93–9231.  WHITNEY v. CRUZ ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–9233.  SANFORD v. HILDRETH ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–9234.  THANDIWE v. COMPTON, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–9235.  GHENT v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 93–9238.  ERGER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–9239.  DAVIS ET AL. v. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL.  C. A. 3d Cir.  Certiorari denied.